**EXHIBIT B**

# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE LIMITED LIABILITY COMPANY UNDER THE NAME OF "VEDIOR NORTH AMERICA, LLC" TO A DELAWARE LIMITED PARTNERSHIP, CHANGING ITS NAME FROM "VEDIOR NORTH AMERICA, LLC" TO "RANDSTAD PROFESSIONALS US, LP", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF SEPTEMBER, A.D. 2008, AT 2:21 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTIETH DAY OF SEPTEMBER, A.D. 2008, AT 5 O'CLOCK P.M.

SECRETARY'S OFFICE 1793 DELAWARE 1855

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3597258 8100V

AUTHENTICATION: 6865524

080974026

DATE: 09-22-08

You may verify this certificate online at corp.delaware.gov/authver.shtml

EXHIBIT

B

TABBIES

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:37 PM 09/22/2008*
*FILED 02:21 PM 09/22/2008*
*SRV 080974026 - 3597258 FILE*

**STATE OF DELAWARE**
**CERTIFICATE OF CONVERSION**
**OF**
**VEDIOR NORTH AMERICA, LLC**
**FROM A LIMITED LIABILITY COMPANY**
**TO A LIMITED PARTNERSHIP**

Under Section 17-217 of the
Delaware Limited Partnership Act

1. The jurisdiction where the Limited Liability Company first formed is Delaware.

2. The jurisdiction of the Limited Liability Company immediately prior to filing this Certificate is Delaware.

3. The date the Limited Liability Company first formed is December 3, 2002.

4. The name of the Limited Liability Company immediately prior to filing this Certificate is Vedior North America, LLC.

5. The name of the Limited Partnership as set forth in the Certificate of Limited Partnership is Randstad Professionals US, LP.

6. The conversion shall become effective at 5:00 p.m Eastern Time on September 30, 2008.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Conversion as of September 22, 2008.

VEDIOR GENERAL PARTNER US, LLC, Its General Partner

By: [signature]
Name: Sean Bradley
Title: Secretary