**EXHIBIT C**

**WITH REDACTIONS**

# No subject

**email: "jane.pondel@randstadusa.com Jane Pondel"** **Monday, June 6, 2016 at 10:22:00 AM Eastern Daylight Time**

To: email: "janepondel@gmail.com Jane Pondel"

**Jane Pondel**

Senior Recruiter

**Randstad Life Sciences**

Four Parkway North, Suite 120

Deerfield, IL 60015

T 847-527-6118

M 414-758-4238

F 847-239-5229

jane.pondel@randstadusa.com

www.lifesciences.randstadusa.com

**Talent Acquisition | Outsourcing & FSP | Consulting | Direct Hire**

**Follow us on: Facebook | LinkedIn | Twitter**

**Attachments:**

[illegible] **resume 201606 (3).docx** 35k

EXHIBIT

C

**Attachments:**
[redacted] **Resume.pdf** 126k

**email: "jane.pondel@randstadusa.com Jane Pondel"** **Monday, June 6, 2016 at 2:30:14 PM Eastern Daylight Time**
To: email: [redacted]

Hi [redacted]

Thanks for your message. How nice that Tiffany referred you to me! I would be more than happy to discuss career opportunities and how I might be able to help.

Are you available sometime this week to speak over the phone?

**Jane Pondel**

Senior Recruiter

**Randstad Life Sciences**

Four Parkway North, Suite 120

Deerfield, IL 60015

T 847-527-6118

M 414-758-4238

F 847-239-5229

jane.pondel@randstadusa.com

www.lifesciences.randstadusa.com

**Talent Acquisition | Outsourcing & FSP | Consulting | Direct Hire**

**Follow us on:** Facebook | LinkedIn | Twitter

**From:** [redacted]]
**Sent:** Monday, June 06, 2016 1:03 PM
**To:** jane.pondel@randstadusa.com
**Subject:** Ranstad Pharma

Hello Jane,

[redacted] referred me to you concerning any potential employment opportunities with Ranstad. I have attached my resume for you to review at your leisure.

Highlighting over eight (8) years in customer service, training, and development, in addition to Elementary/Special Education. Throughout these years I have worked for companies that have helped sharpen my sales and customer service skills, and coaching. As a self-motivated, organized and service-oriented professional with a wide range of experience in the customer service industry; I am able to work on my own initiative and as a team player. The ability to multi-task in high-paced work environments has proven beneficial with regard to maintaining high quality standards in service delivery and company objectives.

My years of expertise in the industry has equipped me with first-class organizational, interpersonal, and analytical skills which has strengthened my professional demeanor and performance overall.

Hopefully, this provides in-depth information on my years of experience and highlights service projects, customer service, and my managerial/service background.

Thank you for taking time to review my credentials.

Respectfully Submitted,

[redacted]

---

**email: "jane.pondel@randstadusa.com Jane Pondel"** **Monday, June 6, 2016 at 2:30:25 PM Eastern Daylight Time**
To: email: "janepondel@gmail.com Jane Pondel"