**EXHIBIT D**

Search for people, jobs, companies, and more... Advanced

Home Profile My Network Jobs Interests Business Services Try Premium for free



# Jane Pondel

3rd

Director, Strategic Resourcing at PharmaSource Group

Greater Chicago Area | Pharmaceuticals

Previous Randstad Life Sciences, Manpower International, RML Specialty Hospital

Education University of Wisconsin-Madison

Send Jane InMail

500+ connections

https://www.linkedin.com/in/jane-pondel-b928722

Contact Info

Background

## Summary

PharmaSource Group is a trusted talent advisor to life sciences firms and clinical research professionals. We have over two decades of experience hiring astute talent for in-house and outsourced roles dedicated to clinical development and medical device project teams. We draw on extensive industry expertise, long-standing professional relationships and recruiting expertise to precisely match strategic resources that put teams on the path to success. We strive to become the leading national staffing solutions provider by making deliberate matches in skill, culture and passion serving the biopharmaceutical, medical device and CRO industries.

We identify skilled candidates and deliver on effective sourcing strategies for direct hire, executive search, outsourcing projects, functional service project teams and contract roles in these specialized disciplines:

- Clinical Research and Development
- Clinical Operations and Study Management
- Medical Affairs
- Health Economics and Outcomes Research
- Clinical IT Solutions
- Pharmacovigilance and Drug Safety
- Biostatistics
- SAS Programming
- Regulatory Affairs
- Data Management
- Medical Writing and Editing
- Quality Assurance/Quality Control
- Project Management
- Clinical Monitoring
- Study Start-up

## Experience

**Director, Strategic Resourcing**
PharmaSource Group
July 2016 – Present (2 months) | Greater Chicago Area

EXHIBIT
D

Search for people, jobs, companies, and more... Advanced

Home Profile My Network Jobs Interests

and bolster ongoing momentum in the industry across all major therapeutic areas and phases.

### Senior Clinical Recruiter
Randstad Life Sciences
July 2007 – June 2016 (9 years)

Full lifecycle recruiter for the pharmaceutical industry, specifically drug development professionals. Areas of expertise included Study Management, Regulatory Affairs, Safety/Pharmacovigilance, Statistics, SAS Programming, Medical Writers, QC Reviewers, Medical Information, Medical Affairs and Quality Assurance. I believe in building strong, long-term relationships with candidates and finding the right fit for their needs and unique career goals.

### Resource Manager - Abbott Laboratories
Manpower International
August 2004 – July 2007 (3 years)

Managed all of the clinical contract positions at Abbott Laboratories. Worked closely with Abbott managers as well as recruiters throughout the country to successfully find qualified candidates.

### Senior Human Resources Specialist
RML Specialty Hospital
June 2000 – November 2002 (2 years 6 months)

Responsible for managing all aspects of recruitment for clinical, professional and management positions in a hospital of 400 employees which resulted in over 200K savings in agency costs.

### Senior Staffing Specialist
MacNeal Health Network
November 1997 – February 2002 (4 years 4 months)

Full cycle recruitment for clinical laboratory, rehabilitation department, several nursing units and marketing department. Facilitated compliance training to 3,000 employees over a 3 month period. Developed and facilitated training workshop to 200 managers on a new computerized payroll/time keeping system.

### Human Resources Representative
Fremont Compensation Insurance
April 1995 – November 1997 (2 years 8 months)

Responsible for full-cycle recruitment for management and exempt employes for Midwest headquarters as well as six regional offices. Developed and faciliated various training workshops for Fremont's management team including performance management, interviewing skills and sexual harassment.

### Corporate Recruiter
United Insurance Company
January 1992 – April 1995 (3 years 4 months)

Solely responsible for the development and administration of all recruitment and employment procedures for exempt, non-exempt and technical employees at corporate headquarters (500 employees).

## Skills

Top Skills

61 Talent Acquisition

54 Recruiting

40 Pharmaceutical Industry

30 Medical Writing

29 Management



×

Search for people, jobs, companies, and more... Advanced

Home Profile My Network Jobs Interests Business Services Try Premium for free

20 Data Management 

20 Temporary Placement 

15 Project Management 

Jane also knows about...

13 Training | 9 Regulatory Affairs | 8 Performance Management | 7 Biotechnology | 7 Staffing Services | 6 Clinical Research | 6 Pharmacovigilance | 3 Regulatory Submissions

## Education

**University of Wisconsin-Madison**
Bachelor of Arts

Recommendations

Given (4)



**Ebony Clay**
Contract Administrative Assistant to the Director

"I have had the pleasure of working with Ebony over the past couple of years. She has a great work ethic and positive outlook on life. I recommend Ebony to any employer who is looking for an honest and hard working individual.

November 12, 2012, Jane was Ebony's client



**Safronia Fife**
Regional Manager, Human Resources

"As an employee relations expert, Safronia has been a great resource for me. She is extremely knowledgeable and whenever I have questions she is always prompt in getting back to me. I highly recommend Safronia as a trusted HR professional.

August 24, 2012, Jane worked with Safronia at Randstad



**Maria Corazon Robles**
IT Business Analyst

"I have known Maria for two years and was fortunate enough to place her at Takeda Pharmaceuticals on a long term contract. As a Business Analyst, Maria did an outstanding job. She is intelligent, trustworthy and has the ability to get along with everyone. Maria will be an asset to any organization. I highly recommend her!

May 31, 2011, Jane was Maria Corazon's client



**Julie Heneghan**
Vice President

"I have had the privilege of working with Julie at two different companies. Julie is one of the most conscientious, ethical and intelligent people I have ever known. She is an extremely talented sales professional who makes a lasting impression with everyone she meets. Julie has great energy and is highly motivated. I have nothing but positive things to say about her... **more**

January 27, 2010, Jane worked with Julie at Advanced Clinical Services, LLC

×

Search for people, jobs, companies, and more... Advanced

Home Profile My Network Jobs Interests Business Services Try Premium for free

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

×